UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS<br><br>    Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*,<br><br>    Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>    Intervenors. | Civil Case No. 3:07-cv-00125-CDL |

**DECLARATION OF MATTHEW W. HOWELL IN SUPPORT OF PLAINTIFFS MERIAL LIMITED AND MERIAL SAS'S EMERGENCY MOTION FOR RECONSIDERATION**

I, Matthew W. Howell, state that:

1. I am an associate at Alston & Bird LLP and represent Merial Limited and Merial SAS ("Merial") in the above case. I make this declaration on personal knowledge of the facts set forth.

2. I submit this declaration in support of Plaintiffs Merial Limited and Merial SAS's Emergency Motion for Reconsideration.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Order entered July 18, 2011 as document entry 24 in BASF AGRO v. CIPLA LIMITED, 2011-141, -1472 before the United States Court of Appeals for the Federal Circuit.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Order entered August 17, 2011 as document entry 47 in BASF AGRO v. CIPLA LIMITED, 2011-141, -1472 before the United States Court of Appeals for the Federal Circuit.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted, this 22nd day of August, 2011.

*s/ Matthew W. Howell*
Matthew W. Howell, Esq.
(matthew.howell@alston.com)
Georgia Bar No. 607080
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Plaintiffs*
*Merial Limited and Merial SAS*