# **EXHIBIT 1**

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MERIAL LIMITED AND MERIAL SAS,**
*Plaintiffs-Appellees,*

AND

**BASF AGRO B.V.,**
*Plaintiff,*

v.

**CIPLA LIMITED,**
*Defendant-Appellant,*

AND

**VELCERA, INC. AND FIDOPHARM, INC.,**
*Defendants-Appellants,*

AND

**ARCHIPELAGO SUPPLIERS, ARROWTARGET ENTERPRISES LTD., GENERIC PETMEDS, INHOUSE DRUGSTORE, LISA PERKO, PETCARE PHARMACY, AND PETMEDS R US,**
*Defendants.*

---

2011-1471, -1472

---

Appeals from the United States District Court for the Middle District of Georgia in case no. 07-CV-0125, Judge Clay D. Land.

BASF AGRO v. CIPLA LIMITED                                    2

## ON MOTION

Before PROST, *Circuit Judge*.

# ORDER

The appellants move to expedite the briefing schedule and oral argument in this case. The appellees oppose.

The appellants may of course significantly expedite the briefing schedule by filing their own briefs early. The appellees have agreed to file their response brief within 30 days of the date of filing of the appellants' opening briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

JUL 1 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Nagendra Setty, Esq.
Jonathan G. Graves, Esq.
Gregory A. Castanias, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 8 2011

JAN HORBALY
CLERK