UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS,<br><br>    Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, PETMEDS R US, GENERIC PETMEDS, PETCARE PHARMACY, ARCHIPELAGO SUPPLIERS, ARROWTARGET ENTERPRISES LTD., INHOUSE DRUGSTORE, and LISA PERKO,<br><br>    Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>    Intervenors. | Civil Case No. 3:07-cv-00125-CDL |

## MOTION TO WITHDRAW APPEARANCE

Comes now Defendant CIPLA Limited and, pursuant to Middle District of Georgia Local Rule 83.1.4, hereby moves this Court for the withdrawal of the following attorneys as counsel in this matter:

Robert B. Breisblatt<br>
Carolyn M. Passen<br>
Sharyn M. Castle<br>
KATTEN MUCHIN ROSENMAN LLP<br>
525 West Monroe Street<br>
Chicago, IL 60661

CIPLA Limited will continue to be represented by the remaining attorneys of record.

Respectfully submitted, this 22nd day of August 2011.

    /s/  Neal J. Callahan
Neal J. Callahan
WALDREP, MULLIN & CALLAHAN LLC
P. O. Box 351
105 13th St., Suite B
Columbus, Georgia 31902
706-320-0600 (Tel)
706-320-0622 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2011, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system. Notification of such filing has been provided to all attorneys of record.

Respectfully submitted, this 22nd day of August 2011.

        /s/   Neal J. Callahan
Neal J. Callahan
WALDREP, MULLIN & CALLAHAN LLC
P. O. Box 351
105 13th St., Suite B
Columbus, Georgia 31902
706-320-0600 (Tel)
706-320-0622 (Fax)