UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>    Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*<br><br>    Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>    Intervenors. | Case No. 3:07-CV-00125-CDL |

## NOTICE FROM INTERVENORS REGARDING OPPORTUNITY TO FILE OPPOSITION BRIEF

Yesterday, Plaintiffs Merial Limited and Merial SAS filed an Emergency Motion for Reconsideration regarding the Court's August 19, 2011 Order. Intervenors Velcera, Inc. and FidoPharm, Inc. strongly object to the representations and inaccurate factual statements in Plaintiffs' motion, are actively preparing their response to the same, which will include a declaration from Intervenors, and request the opportunity to file such response before the Court issues its order. Intervenors anticipates filing their response this afternoon.

Respectfully submitted this 23rd day of August, 2011.

        **PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.**

By: /s/ Thomas F. Gristina
   William L. Tucker
   Ga. Bar No.: 718050
   James C. Clark, Jr.
   Ga. Bar No.: 127145
   Thomas F. Gristina
   Ga. Bar No.: 452454
   Kirsten C. Stevenson
   Ga. Bar No.: 801101

1111 Bay Avenue, Third Floor
Columbus, Georgia  31901
(706) 324-0251
jcc@psstf.com
tfg@psstf.com
kcs@psstf.com

**COOLEY LLP**
Jonathan G. Graves (of counsel)
Va. Bar No.: 46136
Phillip E. Morton (of counsel)
Va. Bar No.: 71299
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, Virginia  20190
Telephone:  (703) 456-8000
Facsimile:   (703) 456-8100

Tryn T. Stimart (of counsel)
DC Bar No.: 498475
777 6th Street NW, Suite 1100
Washington, DC  20001
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

*Attorneys for Intervenors Velcera, Inc. and FidoPharm, Inc*

## CERTIFICATE OF SERVICE

I do hereby certify that I am counsel for Intervenors Velcera, Inc. and FidoPharm, Inc. in the above-styled action, and that a true and exact copy of the foregoing document was electronically filed today using the CM/ECF system, which will automatically deliver notice of same to:

Edgar Haug
Thomas J. Kowalski
Vicki Franks
Frommer Lawrence & Haug, LLP
745 Fifth Avenue
New York, NY 10151

Edward Tolley
Cook, Noell, Tolley, Bates & Michael, LLP
P.O. Box 1927
Athens, Georgia 30603

Elizabeth K. Haynes
Frank G. Smith, III
Alston & Bird
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424

J. Patrick Elsevier
Jones Day
12265 El Camino Real, Suite 200
San Diego, CA 92130-4096

Judy de Leon Jarecki Black
Merial Limited
3239 Satellite Blvd.
Duluth, Georgia 30096

*Attorneys for BASF AGRO BV, Merial Limited, and Merial SAS*

Noah C. Graubart
Ga. Bar No.: 141862
FISH & RICHARDSON, P.C.
1180 Peachtree Street, N.E., 21st Floor
Atlanta, Georgia 30309

Neal J. Callahan
P.O. Box 351
Columbus, Georgia 31902-0351

*Attorneys for Cipla Limited*

This 23rd day of August, 2011.

/s/ Thomas F. Gristina
Counsel for Velcera, Inc. and
Fidopharm, Inc.

3