UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>    Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*<br><br>    Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>    Intervenors. | Case No. 3:07-CV-00125-CDL |

## RESPONSE TO PLAINTIFFS' MOTION FOR A SCHEDULING CONFERENCE

Intervenors Velcera, Inc. and FidoPharm, Inc. respectfully oppose Plaintiffs' Motion for a Scheduling Conference at 10 am on September 15th. That date is problematic and premature for two reasons. *First*, Intervenors will be filing their Reply Brief with the United States Court of Appeals for the Federal Circuit on September 15th. Accordingly, the proposed conference date would be highly inconvenient for Intervenors' counsel, who will be focusing on the filing without assistance from one colleague who is at trial, and another whose son is having surgery at the end of this week.

*Second*, a scheduling conference with the Court is premature at this stage of the meet and confer process. Intervenors are working with Plaintiffs to reach agreement on a proposed schedule for damages-related discovery. Velcera and FidoPharm agree that any damages discovery should be focused, but the damages issues in this case will be complex, and fact and expert discovery should be subject to a reasonable schedule that all of the parties will be able to

1

meet. To that end, Intervenors are planning to circulate comments on Merial's proposed schedule this morning and confer with Plaintiffs this afternoon regarding the schedule and various other matters, including a jurisdictional question that Intervenors identified in the course of negotiating the schedule and that may require court resolution.

Accordingly, Intervenors request that the Court deny Merial's Motion for a Scheduling Conference on September 15th in favor of scheduling a conference at a later date that is agreeable to all parties.

Respectfully submitted this 12th day of September, 2011.

                **PAGE, SCRANTOM, SPROUSE,**
                **TUCKER & FORD, P.C.**

                By:/s/ Kirsten C. Stevenson
                    William L. Tucker
                    Ga. Bar No.: 718050
                    James C. Clark, Jr.
                    Ga. Bar No.: 127145
                    Thomas F. Gristina
                    Ga. Bar No.: 452454
                    Kirsten C. Stevenson
                    Ga. Bar No.: 801101
                    1111 Bay Avenue, Third Floor
                    Columbus, Georgia  31901
                    (706) 324-0251
                    jcc@psstf.com
                    tfg@psstf.com
                    kcs@psstf.com

                **COOLEY LLP**
                Jonathan G. Graves (of counsel)
                Va. Bar No.: 46136
                Phillip E. Morton (of counsel)
                Va. Bar No.: 71299
                One Freedom Square
                Reston Town Center
                11951 Freedom Drive
                Reston, Virginia  20190
                Telephone:  (703) 456-8000
                Facsimile:   (703) 456-8100

Tryn T. Stimart (of counsel)
DC Bar No.: 498475
777 6th Street NW, Suite 1100
Washington, DC  20001
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

*Attorneys for Intervenors Velcera, Inc. and FidoPharm, Inc*

## CERTIFICATE OF SERVICE

I do hereby certify that I am counsel for Intervenors Velcera, Inc. and FidoPharm, Inc. in the above-styled action, and that a true and exact copy of the foregoing document was electronically filed today using the CM/ECF system, which will automatically deliver notice of same to:

Edgar Haug
Thomas J. Kowalski
Vicki Franks
Frommer Lawrence & Haug, LLP
745 Fifth Avenue
New York, NY 10151

Edward Tolley
Cook, Noell, Tolley, Bates & Michael, LLP
P.O. Box 1927
Athens, Georgia 30603

Elizabeth K. Haynes
Frank G. Smith, III
Alston & Bird
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424

J. Patrick Elsevier
Jones Day
12265 El Camino Real, Suite 200
San Diego, CA 92130-4096

Judy de Leon Jarecki Black
Merial Limited
3239 Satellite Blvd.
Duluth, Georgia 30096

*Attorneys for BASF AGRO BV, Merial Limited, and Merial SAS*

Noah C. Graubart
Ga. Bar No.:  141862
FISH & RICHARDSON, P.C.
1180 Peachtree Street, N.E., 21st Floor
Atlanta, Georgia 30309

Neal J. Callahan
P.O. Box 351
Columbus, Georgia 31902-0351

*Attorneys for Cipla Limited*

This 12th day of September, 2011.

/s/ Kirsten C. Stevenson
Counsel for Velcera, Inc. and
Fidopharm, Inc.