UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>   Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*<br><br>   Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>   Intervenors. | Case No. 3:07-CV-00125-CDL |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1.3, Michael S. French of Wargo & French LLP hereby enters an appearance as counsel of record for Intervenors Velcera, Inc. and Fidopharm, Inc. in the above-styled action.

Respectfully submitted, this 12th day of September, 2011.

/s/ Michael S. French
Michael S. French, Esq.
Georgia Bar No. 276680
mfrench@wargofrench.com
WARGO & FRENCH LLP
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia  30309
(404) 853-1500

Attorneys for Intervenors Velcera,
Inc. and Fidopharm, Inc.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*<br><br>Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>Intervenors. | Case No. 3:07-CV-00125-CDL |

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2011, I electronically filed the foregoing Notice of Appearance with the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF:

Edward Tolley
Cook, Noell, Tolley, Bates &
Michael, LLP
P.O. Box 1927
Athens, Georgia 30603

J. Patrick Elsevier
Jones Day
12265 El Camino Real, Suite 200
San Diego, CA 92130-4096

3

Edgar Haug  
Thomas J. Kowalski  
Vicki Franks  
Frommer Lawrence & Haug, LLP  
745 Fifth Avenue  
New York, New York 10151  

Neal J. Callahan  
P.O. Box 351  
Columbus, Georgia 31902  

Noah C. Graubart  
Fish & Richardson, P.C.  
1180 Peachtree Street, N.E., 21st Floor  
Atlanta, Georgia 30309  

Elizabeth K. Haynes  
Frank G. Smith, III  
Alston & Bird  
1201 W. Peachtree Street  
Atlanta, Georgia 30309-3424  

Judy de Leon Jarecki Black  
Merial Limited  
3239 Satellite Blvd.  
Duluth, Georgia 30096  

/s/ Michael S. French  
Michael S. French, Esq.  
Georgia Bar No. 276680  
mfrench@wargofrench.com  
WARGO & FRENCH LLP  
999 Peachtree Street, NE  
26th Floor  
Atlanta, Georgia 30309  
(404) 853-1500  

Attorneys for Intervenors Velcera, Inc. and Fidopharm, Inc.