*UNITED STATES DISTRICT COURT*
*FOR THE MIDDLE DISTRICT OF GEORGIA*
*ATHENS   DIVISION*
*AT COLUMBUS, GEORGIA*

## MINUTE SHEET OF COURT PROCEEDINGS (NON-CONTESTED)

| Date:  9/16/2011 | Type of Hearing: |
|---|---|
| Judge: CLAY D. LAND | Court Reporter: Betsy Peterson |
| Courtroom Deputy: Pamela G. Sweeden | Interpreter: |

*Case Number:*   3:07-CV-125- (CDL)

| BASG AGRO, et al. | Counsel: Edward D. Tolley; Patrick Elesvier; Judy Black |
|---|---|
| vs. | |
| CIPLA Limited | Counsel: Neal Callahan; Negendra Setty |
| Intervenor: VELCERA, INC. | Thomas Gristina; Jonathan Graves; Bill Tucker; Michael French |

*DISCLAIMER:   CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.   ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR:   20 minutes*

| | |
|---|---|
| 10:00 AM | The Court initiated a telephone conference regarding scheduling matter.   Parties announced who was on the line for the telephone conference.   Available dates were given to counsel to determine a date for hearing in Columbus.   Parties to get together and come up with a date by the end of the day or file briefs if no agreement can be reached. |
| 10:20 AM | Adjourned. |