UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>    Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*<br><br>    Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>    Intervenors. | Case No. 3:07-CV-00125-CDL |

**PROPOSED JOINT AND STIPULATED DAMAGES AND SANCTIONS PHASE DISCOVERY SCHEDULE**

Pursuant to Fed. R. Civ. P. 26 and Local Rule 26, Plaintiffs BASF Agro B.V., Merial Limited, Merial SAS (collectively "Merial"); Defendant Cipla Limited; and Intervenors Velcera, Inc. and FidoPharm, Inc. (collectively "Velcera"), report that they have met and conferred and jointly submit this Joint and Stipulated Damages and Sanctions Phase Discovery Schedule for the Court's consideration:

1

| Case Event | Proposed Date |
|---|---|
| Written Discovery[1] | On or before 9/29/2011 |
| Written Responses and Objections to Written Discovery Served | 10/19/2011 |
| Velcera/Cipla to Serve Accounting of All Sales of Veterinary Products Containing Fipronil and Methoprene Manufactured by Cipla | 10/19/2011 (as ordered by the Court) |
| Document Production in Response to Written Discovery Exchanged | Rolling production beginning 10/19/11; Complete by 10/28/2011 |
| Depositions of Fact Witnesses | 11/7/2011 – 12/9/2011 |
| Disclose Experts | Burden of Proof: 11/11/2011 Rebuttal: 11/21/11 |
| Close of Fact Discovery | 12/9/11 No separate date for close of third-party discovery |
| Expert Reports Exchanged | Burden of Proof: 12/22/2011 |
| Rebuttal Expert Reports Exchanged | Rebuttal: 1/9/2012 |
| Expert Depositions | 1/16/2012 – 1/20/2012 |
| Damages Hearing | As determined by the Court |

Respectfully submitted this 28th day of September, 2011.

By: /s/ Thomas F. Gristina
PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.

Thomas F. Gristina
Ga. Bar No.: 452454
1111 Bay Avenue,
Third Floor
Columbus, Georgia 31901
Tel: (706) 324-0251

---

[1] Merial stipulates that it shall not pursue a theory of damages based on Merial's lost profits.

2

        Attorneys for Intervenors Velcera, Inc. and FidoPharm, Inc.

By: /s/ Edward D. Tolley

        COOK, NOELL, TOLLEY, BATES & MICHAEL, LLP

        Edward D. Tolley, Esq.
        Georgia Bar No. 714300
        304 East Washington Street
        P.O. Box 1927
        Athens, GA 30603-1927
        Tel.: (706) 549-6111

        Attorneys for Plaintiffs BASF Agro B.V., Merial Limited, and Merial SAS


By: /s/ Matthew W. Howell

        Alston & Bird LLP

        Matthew W. Howell, Esq.
        Georgia Bar No. 607080
        Alston & Bird LLP
        One Atlantic Center
        1201 West Peachtree Street
        Atlanta, Georgia 30309-3424
        Tel.: (404) 881-7000
        Fax: (404) 881-7777

        Attorneys for Plaintiffs BASF Agro B.V., Merial Limited, and Merial SAS

By: /s/ Neal J. Callahan

        WALDREP, MULLIN & CALLAHAN LLC

        Neal J. Callahan
        P. O. Box 351
        105 13th St., Suite B
        Columbus, Georgia 31902
        Tel: (706) 320-0600

        Attorneys for Defendant Cipla Limited

**SO ORDERED,** this the _____ day of September, 2011.

_____
CLAY D. LAND
UNITED STATES DISTRICT JUDGE

4