UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>    Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*<br><br>    Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>    Intervenors. | Case No. 3:07-CV-125-CDL |

**JOINT AND STIPULATED DAMAGES AND**
**SANCTIONS PHASE DISCOVERY SCHEDULE**

Pursuant to Fed. R. Civ. P. 26 and Local Rule 26, Plaintiffs BASF Agro B.V., Merial Limited, Merial SAS (collectively "Merial"); Defendant Cipla Limited; and Intervenors Velcera, Inc. and FidoPharm, Inc. (collectively "Velcera"), report that they have met and conferred and jointly submit this Joint and Stipulated Damages and Sanctions Phase Discovery Schedule for the Court's consideration:

| Case Event | Proposed Date |
|---|---|
| Written Discovery[1] | On or before 9/29/2011 |
| Written Responses and Objections to Written Discovery Served | 10/19/2011 |
| Velcera/Cipla to Serve Accounting of All Sales of Veterinary Products Containing Fipronil and Methoprene Manufactured by Cipla | 10/19/2011 (as ordered by the Court) |
| Document Production in Response to Written Discovery Exchanged | Rolling production beginning 10/19/11; Complete by 10/28/2011 |
| Depositions of Fact Witnesses | 11/7/2011 – 12/9/2011 |
| Disclose Experts | Burden of Proof: 11/11/2011 Rebuttal: 11/21/11 |
| Close of Fact Discovery | 12/9/11 No separate date for close of third-party discovery |
| Expert Reports Exchanged | Burden of Proof: 12/22/2011 |
| Rebuttal Expert Reports Exchanged | Rebuttal: 1/9/2012 |
| Expert Depositions | 1/16/2012 – 1/20/2012 |
| Damages Hearing | As determined by the Court |

Respectfully submitted this 28th day of September, 2011.

By: /s/ Thomas F. Gristina
PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.

Thomas F. Gristina
Ga. Bar No.: 452454
1111 Bay Avenue,
Third Floor
Columbus, Georgia 31901
Tel: (706) 324-0251

---

[1] Merial stipulates that it shall not pursue a theory of damages based on Merial's lost profits.

        Attorneys for Intervenors Velcera, Inc. and FidoPharm, Inc.

By: /s/ Edward D. Tolley

    COOK, NOELL, TOLLEY, BATES & MICHAEL, LLP

    Edward D. Tolley, Esq.
    Georgia Bar No. 714300
    304 East Washington Street
    P.O. Box 1927
    Athens, GA 30603-1927
    Tel.: (706) 549-6111

    Attorneys for Plaintiffs BASF Agro B.V., Merial Limited, and Merial SAS

By: /s/ Matthew W. Howell

    Alston & Bird LLP

    Matthew W. Howell, Esq.
    Georgia Bar No. 607080
    Alston & Bird LLP
    One Atlantic Center
    1201 West Peachtree Street
    Atlanta, Georgia 30309-3424
    Tel.: (404) 881-7000
    Fax: (404) 881-7777

    Attorneys for Plaintiffs BASF Agro B.V., Merial Limited, and Merial SAS

By: /s/ Neal J. Callahan

    WALDREP, MULLIN & CALLAHAN LLC

    Neal J. Callahan
    P. O. Box 351
    105 13th St., Suite B
    Columbus, Georgia 31902
    Tel: (706) 320-0600

    Attorneys for Defendant Cipla Limited

**SO ORDERED,** this the 30th day of September, 2011.

                                                   s/Clay D. Land
                                                   CLAY D. LAND
                                                   UNITED STATES DISTRICT JUDGE