UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, PETMEDS R US, GENERIC PETMEDS, PETCARE PHARMACY, ARCHIPELAGO SUPPLIERS, ARROWTARGET ENTERPRISES LTD., INHOUSE DRUGSTORE, and LISA PERKO,<br><br>Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>Intervenors. | Civil Case No. 3:07-cv-00125-CDL |

**MOTION TO WITHDRAW APPEARANCE**

Come now Plaintiffs Merial Limited and Merial SAS ("Merial") and, pursuant to Middle District of Georgia Local Rule 83.1.4, hereby move this Court for the withdrawal of the following attorney as counsel in this matter:

　　Brewster B. Taylor
　　Stites & Harbison PLLC
　　1199 N. Fairfax St. Ste. 900
　　Alexandria, VA 22306
　　(703) 739-4900
　　btaylor@stites.com

Merial will continue to be represented by the remaining attorneys of record at the law firms of Alston & Bird LLP, Cook Noell Tolley & Bates LLP, Jones Day, and in-house counsel for Merial.

Respectfully submitted, this 3rd day of October, 2011.

Judy Jarecki-Black, Ph.D., Esq.
(judy.jarecki@merial.com)
Georgia Bar No. 801698
MERIAL LIMITED
3239 Satellite Blvd.
Duluth, Georgia  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

J. Patrick Elsevier, Ph. D., Esq.
(jpelsevier@jonesday.com)
Georgia Bar No. 246694
JONES DAY
12265 El Camino Real
Suite 200
San Diego, California 92130-4096
Tel.: (858) 314-1200
Fax.: (858) 314-1150

*s/ Edward D. Tolley*
Edward D. Tolley, Esq.
(etolley@mindspring.com)
Georgia Bar No. 714300
COOK, NOELL, TOLLEY & BATES LLP
304 East Washington Street
P.O. Box 1927
Athens, GA 30603-1927
Tel.: (706) 549-6111
Fax: (706) 548-0956

Frank G. Smith, III, Esq.
(frank.smith@alston.com)
Georgia Bar No. 657550
John W. Cox, Ph.D., Esq.
(john.cox@alston.com)
Georgia Bar No. 134059
Matthew W. Howell, Esq.
(matthew.howell@alston.com)
Georgia Bar No. 607080
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Plaintiffs Merial Limited and Merial SAS*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2011, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system. Notification of such filing has been provided to all attorneys of record.

|  |  |
|---|---|
| Dated: October 3, 2011 | *s/ Edward D. Tolley* <br> Edward D. Tolley, Esq. <br> (etolley@mindspring.com) <br> Georgia Bar No. 714300 <br> COOK, NOELL, TOLLEY & BATES LLP <br> 304 East Washington Street <br> P.O. Box 1927 <br> Athens, GA 30603-1927 <br> Tel.: (706) 549-6111 <br> Fax: (706) 548-0956 |

*Counsel for Plaintiffs Merial Limited and Merial SAS*