UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PETITION FOR ADMISSION TO PLEAD AND PRACTICE *PRO HAC VICE*

The Petition of **Mark E. McGrath** respectfully shows that petitioner is now a member in good standing of the State Bar of **New York**, as evidenced by State Bar Number **4029625** and is a member in good standing of a U.S. District Court as evidenced by the attached Certificate of Good Standing from the U. S. District Court where he/she is admitted to Practice. Wherefore, petitioner, after taking the below Oath of Admission, prays that he/she be admitted as an Attorney, Solicitor, and Proctor to plead and practice *pro hac vice* in the United States District Court for the Middle District of Georgia for case number **3:07-cv-00125-CDL** to represent **Defendant Cipla Limited**.

(name of plaintiff/defendant)

OATH ON ADMISSION *(PRO HAC VICE)*

I, **Mark E. McGrath**, do solemnly swear, that as an attorney and as a counselor of this Court for the above said case, I will conduct myself uprightly and according to law, and that I will support the Constitution of the United States of America. I further affirm that I have read the Standards of Conduct set forth in the Preamble to this district's Local Rules, and I will strive to comply with these standards in my practice before this Court.

ELECTRONIC FILING:

* Upon admission to plead and practice pro hac vice, I understand that I will be registered to file electronically in the Middle District of Georgia. The password issued by the court combined with the login serves as and constitutes a legal signature. Registration as a user constitutes (a) consent to receive notice electronically where notice is required by statute or rule and waiver of notice by any other means; and (b) consent to electronic service and waiver of service by any other means, except for original process.

DATE: **October 20, 2011**

*[signature: Mark E. McGrath]*
FULL SIGNATURE OF PETITIONER

**30 Rockefeller Plaza**
LAW FIRM ADDRESS (Street or P.O. Box)

**New York, NY  10112  (212) 634-3056**
CITY, STATE & ZIP CODE          TELEPHONE #

**mmcgrath@sheppardmullin.com**
EMAIL ADDRESS (Required)

ORDER

IT IS ORDERED that Petitioner is hereby admitted to plead and practice *pro hac vice* as Attorney, Solicitor, Counselor, and Proctor.

DATE: _____

_____
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     MARK  EDWARD  MCGRATH     </u>, Bar # <u>     MM8629     </u>

was duly admitted to practice in this Court on

<u>  SEPTEMBER 03rd, 2002  </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   <u>OCTOBER 18th, 2011</u>

<u>Ruby J. Krajick</u>
Clerk

by <u>  [signature]  </u>
Deputy Clerk