UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF

**DATE:** 10/25/11                                      **CASE #:** 3:07-CV-125 (CDL)

**CASE TITLE:** BASF AGRO B.V., et al vs. CIPLA Limited, et al

**DOCUMENT #:** 115 and 116

**DOCUMENT TITLE:** Petition for Admisson to Plead and Practice Pro Hac Vice

**The following errors/deficiencies have been identified in the document listed above:**

Document is not to be e-filed on CM/ECF.  Please see the instructions regarding Pro Hac Vice Admissions on the Court's website at www.gamd.uscourts.gov/atty_admissions.htm

### CORRECTIVE ACTION REQUIRED BY THE FILER

Mail the petition along with an original Certificate of Good Standing to:

U.S. District Court
Middle District of Georgia
Attn; Admissions Clerk
P.O. Box 128
Macon, GA 31202


                                                        Gregory J. Leonard, Clerk


                                                        s/ Gail G. Sellers, Deputy Clerk