UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>　　Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*<br><br>　　Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>　　Intervenors. | Case No. 3:07-CV-00125-CDL |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1.3, Elizabeth C. Murphy of Wargo & French LLP hereby enters an appearance as counsel of record for Intervenors Velcera, Inc. and Fidopharm, Inc. in the above-styled action.

Respectfully submitted, this 2nd day of November, 2011.

　　　　　　　　　　　　　　　　　　　/s/ Elizabeth C. Murphy
　　　　　　　　　　　　　　　　　　　Elizabeth C. Murphy
　　　　　　　　　　　　　　　　　　　Georgia Bar No. 116275
　　　　　　　　　　　　　　　　　　　emurphy@wargofrench.com
　　　　　　　　　　　　　　　　　　　WARGO & FRENCH LLP
　　　　　　　　　　　　　　　　　　　999 Peachtree Street, NE
　　　　　　　　　　　　　　　　　　　26th Floor
　　　　　　　　　　　　　　　　　　　Atlanta, Georgia  30309
　　　　　　　　　　　　　　　　　　　(404) 853-1500

　　　　　　　　　　　　　　　　　　　Attorneys for Intervenors Velcera, Inc. and Fidopharm, Inc.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>  Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*<br><br>  Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>  Intervenors. | Case No. 3:07-CV-00125-CDL |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2011, I electronically filed the foregoing ***Notice of Appearance*** with the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF:

Edward D. Tolley
Cook, Noell, Tolley, Bates & Michael, LLP
304 East Washington Street
P.O. Box 1927
Athens, GA  30603-1927

William L. Tucker
James C. Clark, Jr.
Thomas F. Gristina
Kirsten C. Stevenson
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor
Columbus, GA  31901

Judy Jarecki-Black
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640

Jonathan G. Graves (of counsel)
Phillip E. Morton (of counsel)
Cooley LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA  20190

2

J. Patrick Elsevier
Jones Day
12265 El Camino Real
Suite 200
San Diego, CA  92130-4096

Frank G. Smith, III
John W. Cox
Matthew W. Howell
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

Neal J. Callahan
Waldrep, Mullin & Callahan LLC
P.O. Box 351
105 13th Street, Suite B
Columbus, GA  31902

Tryn T. Stimart (of counsel)
Cooley LLP
777 6th Street NW, Suite 1100
Washington, DC  20001

Michael S. French
Wargo & French LLP
999 Peachtree Street, NE
26th Floor
Atlanta, GA  30309

Nagendra Setty (of counsel)
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA  94111

/s/ Elizabeth C. Murphy