# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS ) ) ) ) Plaintiffs, ) ) ) v. ) ) CIPLA LIMITED, *et. al.* ) ) Defendants ) ) and ) ) VELCERA, INC. and FIDOPHARM, INC., ) ) Intervenors. ) ) | CIVIL ACTION FILE NO. 3:07-CV-00125-CDL |

## NOTICE OF MANUAL FILING

Please take notice that on this date Velcera, Inc. and FidoPharm, Inc. have manually filed the following document or thing, to be included in the record in this matter:

1. Intervenors Velcera, Inc. and FidoPharm, Inc.'s Motion for Leave to File Motion to Compel and Supporting Materials Under Seal and Incorporated Memorandum of Law.

This document has not been filed electronically because it includes information that must be filed under seal.

Respectfully submitted this 14th day of November, 2011.

/s/ Michael S. French
Michael S. French, Esq.
Ga. Bar No. 276680
mfrench@wargofrench.com
Elizabeth C. Murphy
Ga. Bar No. 116275
emurphy@wargofrench.com
WARGO & FRENCH LLP
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia 30309
Telephone:  (404) 853-1500
Facsimile:  (404) 853-1501

**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**

William L. Tucker
Ga. Bar No.: 718050
James C. Clark, Jr.
Ga. Bar No.: 127145
Thomas F. Gristina
Ga. Bar No.: 452454
Kirsten C. Stevenson
Ga. Bar No.: 801101
1111 Bay Avenue, Third Floor
Columbus, Georgia 31901
Telephone:  (706) 324-0251

**COOLEY LLP**
Jonathan G. Graves (of counsel)
Va. Bar No.: 46136
Phillip E. Morton (of counsel)
Va. Bar No.: 71299
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

Tryn T. Stimart (of counsel)
DC Bar No.: 498475
777 6th Street NW, Suite 1100
Washington, DC 20001
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

*Attorneys for Intervenors Velcera,
Inc. and FidoPharm, Inc.*

3

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>    Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*<br><br>    Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>    Intervenors. | Case No. 3:07-CV-00125-CDL |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2011, I electronically field the foregoing *Notice of Manual Filing* with the Court using CM/ECF.  I also certify that the foregoing document is being served on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

| | |
|---|---|
| Edward D. Tolley<br>Cook, Noell, Tolley, Bates & Michael, LLP<br>304 East Washington Street<br>P.O. Box 1927<br>Athens, GA  30603-1927 | Judy Jarecki-Black<br>Merial Limited<br>3239 Satellite Blvd.<br>Duluth, GA  30096-4640 |

| | |
|---|---|
| J. Patrick Elsevier<br>Jones Day<br>12265 El Camino Real<br>Suite 200<br>San Diego, CA  92130-4096 | Frank G. Smith, III<br>John W. Cox<br>Matthew W. Howell<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA  30309-3424 |
| Neal J. Callahan<br>Waldrep, Mullin & Callahan LLC<br>P.O. Box 351<br>105 13th Street, Suite B<br>Columbus, GA  31902 | Nagendra Setty (of counsel)<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center<br>Seventeenth Floor<br>San Francisco, CA  94111 |
| Paul W. Garrity<br>Mark E. McGrath<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza<br>New York, NY  10112 | |

/s/ Michael S. French
Michael S. French, Esq.
Ga. Bar No. 276680
mfrench@wargofrench.com
WARGO & FRENCH LLP
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia  30309
Telephone:  (404) 853-1500
Facsimile:  (404) 853-1501

*Attorney for Intervenors Velcera, Inc. and FidoPharm, Inc.*