# EXHIBIT A

# United States Court of Appeals for the Federal Circuit

717 Madison Place, NW
Washington, DC 20439

Jan Horbaly
Clerk

Phone: (202) 275-8000
Fax:   (202) 275-9678

## BASF AGRO V CIPLA LIMITED, 2011-1471

## Response to Oral Argument Order

Attorney **Jonathan G. Graves** acknowledges that oral argument is scheduled on January 11, 2012 at 10:00 A.M.

Please check the appropriate box:

☐ **Oral Argument is waived.**

☐ **Oral Argument is waived though opposing counsel may choose to argue.**

☐ The individual named below will argue:

  Name: _____
  Law Firm: _____
  Address: _____
  Phone: _____
  Fax: _____
  E-Mail: _____

Note: In order to argue an appeal, an attorney must enter an appearance *(if an entry of appearance is first submitted within 30 days of the scheduled argument, the attorney must file a motion for leave to file the entry of appearance)* and be authorized to practice before this court. (See Fed. Cir. R. 47.3)

**Remarks:** _____
_____
_____

Date: _____     Signature: _____

PLEASE FILE THIS FORM WITH THE CLERK NO LATER THAN THE DATE INDICATED ON THE ORDER AND SERVE A COPY ON OPPOSING COUNSEL.

Please contact Senior Deputy Clerk Karen Smagala Hendrick at (202) 275-8036 if you need assistance

# United States Court of Appeals for the Federal Circuit

**INFORMATION SHEET**

The **Oral Argument Order** contains the names of counsel who we believe will argue the appeal, based on the notices of appearance that are on file.

<u>Please advise this office immediately, by returning the pink sheet, but in any event no later than the due date of the Order, of the name(s) of counsel who will argue the appeal (see paragraph 1 of the enclosed Notice to Counsel on Oral Argument).</u>

Clip-on microphones are available at the counsel table. The courtroom deputy can answer questions about the microphone's operation. Use of the clip-on microphone is not normally necessary unless counsel expects to speak while away from the podium, such as when moving toward an exhibit.

Counsel may elect to submit the case on the briefs without prejudice to full consideration of the issues.

The identity of the judges on the panel will not be revealed until 9 a.m. on the day of oral argument for the morning session, and 11 a.m. for the afternoon session.

Counsel are encouraged to continue settlement discussions and are requested to notify the Clerk promptly if they come to an agreement that the appeal may be voluntarily dismissed.

For your information, hotels nearby include The Capitol Hilton, The Crowne Plaza Hotel, The Grand Hyatt Washington, The Hay Adams, The Jefferson, The J.W. Marriott, The Madison Hotel, The Renaissance Mayflower Hotel, Sofitel, The St. Regis Washington, W Washington, DC, and The Willard-Intercontinental.

In the event of extreme weather conditions, counsel should listen for radio or television announcements. An emergency message will also be available by telephoning (202) 275-8000. Only if the Federal Government is closed and employees are instructed not to report for work, will the session be canceled. If canceled, you will be notified by letter or telephone when the oral argument is rescheduled.

If there any questions, please contact Senior Deputy Clerk Karen Smagala Hendrick, 202-275-8036.

JAN HORBALY
Clerk

```
                UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

                   Calendar Announcement (Sitting in Washington,
                       (This calendar is subject to revision.)


**Panel A:  Monday, January 9, 2012, 10:00 A.M., Courtroom 201

   2010-5155   CFC    CONSOLIDATED EDISON CO OF NY V US   [argued]
   2011-1018   DCT    AVENTIS PHARMA V HOSPIRA            [argued]
   2011-7025   CVA    ROSS V DVA                          [argued]
   2011-1303   DCT    TECSEC V INTL BUSINESS MACHINES     [argued]
   2011-5086   CFC    VISCONI V US                        [on the briefs]
   2011-3155   MSPB   CARLSON V MSPB                      [on the briefs]

**Panel B:  Monday, January 9, 2012, 10:00 A.M., Courtroom 402

   2011-5024   CFC    ALPHA I V US                        [argued]
   2011-7034   CVA    MACKLEM V DVA                       [argued]
   2011-1106   DCT    CREA V CITY OF HOPE                 [argued]
   2011-1307   DCT    AFTG-TG V WINBOND ELECTRONICS       [argued]
   2011-3163   MSPB   GEIREN V MSPB                       [on the briefs]
   2011-5126   CFC    JOHNSON V US                        [on the briefs]

**Panel C:  Tuesday, January 10, 2012, 10:00 A.M., Courtroom 201

   2011-5052   CFC    BANNUM INC V US                     [argued]
   2011-1334   DCT    AVENTIS PHARMA V DR REDDYS LABS     [argued]
   2011-7052   CVA    SHERFIELD V DVA                     [argued]
   2011-1166   DCT    IGT V ALLIANCE GAMING               [argued]
   2011-1451   PTO    IN RE MOUTTET                       [on the briefs]
   2011-3171   MSPB   BROWN V JUSTICE                     [on the briefs]

**Panel D:  Tuesday, January 10, 2012, 10:00 A.M., Courtroom 402

   2011-1170   DCT    STRYKER SPINE V BIEDERMANN MOTECH   [argued]
   2011-7101   CVA    RAZO V DVA                          [argued]
   2011-1339   DCT    3M COMPANY V AVERY DENNISON CORP    [argued]
   2011-5103   CFC    JADE TRADING V US                   [argued]
   2011-3172   MSPB   JONES V VA                          [on the briefs]
   2011-7167   CVA    HARLSTON V DVA                      [on the briefs]

**Panel E:  Tuesday, January 10, 2012, 10:00 A.M., Courtroom 203

   2011-1204   DCT    TOSHIBA CORP V IMATION CORP         [argued]
   2011-1375   DCT    RED BEND SOFTWARE V GOOGLE          [argued]
   2011-5091   CFC    GOLDINGS V US                       [argued]
   2011-7061   CVA    MORRIS V DVA                        [argued]
   2011-3176   MSPB   TILLACKDHARRY V MSPB                [on the briefs]
   2011-7173   CVA    GARCIA RODRIGUEZ V DVA              [on the briefs]
```

```
**Panel F:   Wednesday, January 11, 2012, 10:00 A.M., Courtroom 201

    2011-3025   MSPB   WILLIAMS-CARTER V SSA              [argued]
    2011-1201   BCA    PARSONS GLOBAL V ARMY              [argued]
    2011-1215   DCT    EDWARDS LIFESCIENCES V COREVALVE   [argued]
    2011-1379   DCT    LEDERGERBER MEDICAL V WL GORE      [argued]
    2011-3184   MSPB   SMITH V USPS                       [on the briefs]
    2011-7174   CVA    SAVITZ V DVA                       [on the briefs]

**Panel G:   Wednesday, January 11, 2012, 10:00 A.M., Courtroom 402

    2011-3060   MSPB   HERNANDEZ V DEFENSE                   [argued]
    2011-1218   DCT    POWER INTEGRATIONS V FAIRCHILD SEM    [argued]
    2011-1250   PTO    IN RE WIENEKE                         [argued]
    2011-1471   DCT    BASF AGRO V CIPLA LIMITED             [argued]
    2011-3188   MSPB   IRVING V MSPB                         [on the briefs]
    2011-7175   CVA    LYNCH V DVA                           [on the briefs]

**Panel H:   Thursday, January 12, 2012, 10:00 A.M., Courtroom 201

    2011-3061   MSPB   BALDWIN V VA                          [argued]
    2011-1229   DCT    ERGO LICENSING V CAREFUSION 303       [argued]
    2011-1258   PTO    LENS.COM V 1-800 CONTACTS             [argued]
    2011-1391   DCT    MEDEVA PHARMA SUISSE V PAR PHARMA     [argued]
    2011-3078   MSPB   GROSECLOSE V NAVY                     [on the briefs]
    2011-3189   MSPB   BATCHELOR V MSPB                      [on the briefs]

**Panel I:   Thursday, January 12, 2012, 10:00 A.M., Courtroom 402

    2011-1286   PTO    IN RE ELBERS                       [argued]
    2011-1221   DCT    MAGSIL CORP V HITACHI GLOBAL       [argued]
    2011-3084   MSPB   WHITMORE V LABOR                   [argued]
    2011-1390   DCT    NOAH SYSTEMS V INTUIT INC          [argued]
    2011-3098   MSPB   TYLER V ARMY                       [on the briefs]
    2011-3190   MSPB   LAZARO V VA                        [on the briefs]

**Panel J:   Thursday, January 12, 2012, 10:00 A.M., Courtroom 203

    2011-1224   CIT    FORD MOTOR CO V US                 [argued]
    2011-1243   DCT    ADVANCED FIBER TECH V J&L FIBER    [argued]
    2011-3107   MSPB   ROY V MSPB                         [argued]
    2011-1376   PTO    IN RE MONTGOMERY                   [argued]
    2011-3117   MSPB   BENTON-EL V AIR FORCE              [on the briefs]
    2011-3195   MSPB   STANLEY V MSPB                     [on the briefs]

**Panel K:   Friday, January 13, 2012, 10:00 A.M., Courtroom 201

    2011-1087   ITC    LINCOLN ELECTRIC CO V ITC            [argued]
    2011-1237   CIT    CHINA FIRST PENCIL V US              [argued]
    2011-1296   DCT    INTERMEC TECHNOLOGIES V PALM INC     [argued]
    2011-1377   PTO    SOUTHERN STATES V COLOR ME MINE      [argued]
    2011-3132   MSPB   MCDAVIS V MSPB                       [on the briefs]
    2011-3199   MSPB   WADE V OPM                           [on the briefs]
```

```
**Panel L:   Friday, January 13, 2012, 10:00 A.M., Courtroom 402

     2011-1098   ITC    COGNEX CORP V ITC              [argued]
     2011-1280   CIT    ALDEN LEEDS V US               [argued]
     2011-1301   DCT    CLS BANK V ALICE CORPORATION   [argued]
     2011-1378   PTO    ADAIR V CARTER                 [argued]
     2011-3152   MSPB   ANTES V OPM                    [on the briefs]
     2011-3202   MSPB   WRIGHT V MSPB                  [on the briefs]
```

# United States Court of Appeals for the Federal Circuit

## COURTROOM DECORUM

- The dignity of the Court is to be respected and maintained at all times.

- Attire for counsel and spectators should be restrained and appropriate to the dignity of a Court of Appeals of the United States.

- Court security officers and Court staff are authorized to open and inspect any item carried into a courtroom.

- Everyone in the courtroom, unless physically challenged, must rise when the judges enter and remain standing until the presiding judge invites everyone to be seated. Similarly, when court adjourns, everyone stands in place until the judges are no longer visible.

- Standing in the courtroom may be permitted only at the discretion of the Clerk. Areas marked as reserved are for Court Staff and Federal Circuit Law Clerks.

- Counsel may address the court when invited to do so. Only counsel associated with the appeal being argued may address the Court, unless a judge directs otherwise.

- Coat racks in the hallways outside the courtrooms are to be utilized.

- Only material related to the Court's business can be read in the courtroom while court is in session.

- When Court is in session, no one should be heard except for counsel making argument or a judge.

- The following items are prohibited in the courtroom and adjacent lobby area:
    - Recording or broadcasting devices
    - Cameras, including those contained in computers and other electronic devices
    - Food and drink except for the water provided at the counsel table
    - Computers (except for those to be used by counsel in argued cases)
    - Phones must be turned off

- Inappropriate facial gestures or exaggerated gesticulating are forbidden.

- Repeated entrances and departures are to be avoided.

- Doorways and passageways should be kept clear at all times.

# FINDING THE U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**United States Court of Appeals
for the Federal Circuit**
717 Madison Place, NW
Washington D.C. 20439
(202) 275-8000

**Phone:**
202-275-8000 (attended during public hours; emergency message for inclement weather or other unusual circumstances). See the Clerk's Office Information page for more phone numbers at www.cafc.uscourts.gov

**By Foot:**
The National Courts Building is located on Madison Place between Pennsylvania Avenue and H Street, Northwest, on the east side of Lafayette Square (the President's Park), across from the White House, in downtown Washington, D.C. The Treasury Department, the Department of Veterans Affairs, and St. John's Church and Parish House are nearby. The Dolley Madison House, the former Cosmos Club, and the Tayloe House, famous landmarks fronting on the square adjacent to the National Courts Building, are actually part of the courthouse complex.

**By Subway:**
Take Metro's Blue or Orange Line to the McPherson Square Station. Exit following signs toward the White House. At street level take Vermont Avenue (bear left at the top of the escalator) in the direction of H Street. Crossing H Street, Vermont Avenue becomes Madison Place. The National Courts Building's main entrance is midblock on the east side of the street.

**By Taxi:**
Madison Place is closed to vehicular traffic. State your destination as "H and Vermont" or "H and Madison Place". An entryway to the courtyard of the National Courts Building is located on the south side of H Street, adjacent to the Dolley Madison House, 1520 H Street, NW., and it provides access to the main entrance to the courthouse.

**By Car:**
**From the North:** I-95 and the Baltimore-Washington Parkway connect with I-495/95 (Capital Beltway). Follow Baltimore-Washington Parkway, which becomes New York Avenue, into the downtown area. MD 97 (Georgia Avenue) to 16th Street also provides a direct connection to the downtown area.

**From the South:** I-95 connects directly with I-395 (Shirley Highway) for easy access to the 14th Street corridor downtown.

**From the West:** I-270 connects directly with I-495 and in conjunction with MD 355 (Wisconsin Avenue), or Connecticut Avenue, provides access to the downtown area. I-66 also provides a direct connection to the downtown area, but it is HOV-2 (carpools and buses only) during rush hours.

**From the East:** Direct access to the downtown area is provided by US 50 and New York Avenue.

Automobile access to the courthouse is limited to H Street, which is one-way, eastbound.

**Parking:**
The National Courts Building does not have public parking. Some meter parking is available on H, I (Eye), 14th and 15th Streets, and New York Avenue. Public garages or parking lots are located at: 1420 and 1425 New York Avenue; 1401 New York Avenue (enter on H Street near 14th Street); and 815 14th Street.

**Accessibility to the disabled:**
A flight of steps leads to the courtyard level and main entrance of the courthouse. However, the courtyard entryway on H Street providing alternative access to the main entrance is at sidewalk level without barriers. The Clerk's Office, Library, and all of the courtrooms are also barrier-free.

**Deliveries:**
Couriers must use the main entrance for delivery of briefs and other papers and follow instructions from the court security officers. Delivery of bulky items may be made at the loading dock if arrangements have been made beforehand.

**Security:**
The United States Marshals Service provides security for the National Courts Building. Armed court security officers guard all entrances. Visitors must pass through metal detectors, and packages are x-rayed. Visitors also must sign in and out, and wear badges authorizing access to the floors to be visited.



United States Court of Appeals for the Federal Circuit

Notice to Counsel on Oral Argument

Howard T. Markey
National Courts Building
717 Madison Place, N.W.
Washington, D.C. 20439
(202) 275-8000

United States Court of Appeals for the Federal Circuit



www.cafc.uscourts.gov

# United States Court of Appeals for the Federal Circuit

## Notice to Counsel on Oral Argument

1. The name(s) of counsel who will argue on each side and the order in which they will argue must be given to the clerk by the date indicated in the Court order. Changes in counsel shall be promptly reported to the clerk. Last minute postponements due to the sudden unavailability of counsel, especially when counsel practices in a firm, will ordinarily not be permitted, resulting in the case being submitted without argument from that side.

2. The court convenes at 10:00 a.m. for morning sessions and at 2:00 p.m. for afternoon sessions. Counsel scheduled to argue must register in the clerk's office (Room 401) between 9:00 and 9:30 a.m. for morning sessions and between 1:00 and 1:30 p.m. for afternoon sessions. Counsel entitled to open and close the argument will be asked if they wish to reserve a portion (usually five minutes) of their allotted time for rebuttal. If argument time is to be divided between co-counsel, the clerk must also be so advised at this time. If counsel will not need the entire time allotted, it should be surrendered to the clerk when registering. Time may also be surrendered during the argument.

3. Admissions to the bar are the first order of business. The applicant for admission with sponsor must report to the clerk's office not later than one hour before the session. Please alert the clerk to any special pronunciation of the applicant's or sponsor's name.

4. Cases are called in the order indicated on the calendar posted outside the courtroom. The names of the judges constituting the panel appear on the posted calendar and on the bench. Counsel should remain in the courtroom or its immediate vicinity until their case is reached.

5. The digital clock on the podium provides the time remaining of your argument:

    **Green light**: You are within allotted time.
    : You are in prearranged rebuttal time.
    **Red Light**: You have used all available time.

When the red light illuminates, your time is finished and you are to stop. The time appearing on the clock now is how long you are continuing past your allotted time.

6. Inquiry should not be made of the Presiding Judge regarding the amount of time remaining.

7. The court will have read the briefs. Counsel should therefore get as promptly as possible to the issue(s) in the case.

8. Arguments are tape recorded, so counsel should speak into the lectern microphone. Clip-on microphones are available at the counsel table. The courtroom deputy can answer questions about the microphone's operation. Use of the clip-on microphone is not normally necessary unless counsel expects to speak while away from the podium, such as when moving toward an exhibit. Identify exhibits, charts, etc., used in argument by name or number, so those listening to the tape may find them in the appendix.

9. Counsel must request permission to hand an item to the bench. Counsel should have already consulted with the opposing counsel and provided a copy of the item. Permission being granted, counsel will hand the item or items to the courtroom deputy.

10. The Rules of Practice before the United States Court of Appeals for the Federal Circuit contain more detailed information about oral argument (Rule 34), including the use of visual aids.

## Notice of Posting of Digital Recordings of Oral Arguments

The Court is now posting digital recordings of oral arguments on the Court's Internet site at www.cafc.uscourts.gov/oralarguments. Counsel should exercise caution in discussing at oral argument sensitive personal data, such as personal identifying numbers, medical records, employment history, individual financial information, proprietary or trade secret information, information regarding an individual's cooperation with the government, information regarding the victim of any criminal activity, national security information, and sensitive security information as described in 49 U.S.C. § 114. Counsel are urged not to discuss at oral argument any sensitive information they do not wish posted on the Internet.