UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*,<br><br>Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>Intervenors. | Civil Case No. 3:07-cv-00125-CDL |

**PLAINTIFFS MERIAL LIMITED AND MERIAL SAS'S
NOTICE OF INTENT TO FILE RESPONSE TO
INTERVENORS VELCERA, INC. AND FIDOPHARM, INC.'S MOTION TO STAY**

Plaintiffs Merial Limited and Merial SAS (collectively, "Merial") hereby provide notice of their intent to file a response to Intervenors Velcera, Inc. and FidoPharm, Inc.'s (collectively, "Velcera's") Motion to Stay Damages and Sanctions Phase, which was filed after the close of business on the day before the Thanksgiving holiday. Velcera's latest Motion to Stay is merely a rehash of the same motions to stay that were previously brought before, and denied by, both this Court and the United States Court of Appeals for the Federal Circuit. As Merial will set forth in its substantive response, a stay of these proceedings is not warranted. Merial intends to file its response no later than Tuesday of next week.

LEGAL02/32467197v1

- 2 -

Respectfully submitted this 25th day of November, 2011.

|  | /s/ *Matthew W. Howell* |
|---|---|
| Judy Jarecki-Black, Ph.D., Esq. | Edward D. Tolley, Esq. |
| (judy.jarecki@merial.com) | (etolley@mindspring.com) |
| Georgia Bar No. 801698 | Georgia Bar No. 714300 |
| MERIAL LIMITED | COOK NOELL TOLLEY & BATES LLP |
| 3239 Satellite Blvd. | 304 East Washington Street |
| Duluth, Georgia 30096-4640 | P.O. Box 1927 |
| Tel.: (678) 638-3805 | Athens, GA 30603-1927 |
| Fax: (678) 638-3350 | Tel.: (706) 549-6111 |
|  | Fax: (706) 548-0956 |
| J. Patrick Elsevier, Ph. D., Esq. | Frank G. Smith, III, Esq. |
| (jpelsevier@jonesday.com) | (frank.smith@alston.com) |
| Georgia Bar No. 246694 | Georgia Bar No. 657550 |
| JONES DAY | John W. Cox, Ph.D., Esq. |
| 12265 El Camino Real | (john.cox@alston.com) |
| Suite 200 | Georgia Bar No. 134059 |
| San Diego, California 92130-4096 | Matthew W. Howell, Esq. |
| Tel.: (858) 314-1200 | (matthew.howell@alston.com) |
| Fax.: (858) 314-1150 | Georgia Bar No. 607080 |
|  | ALSTON & BIRD LLP |
|  | One Atlantic Center |
|  | 1201 West Peachtree Street |
|  | Atlanta, Georgia 30309-3424 |
|  | Tel.: (404) 881-7000 |
|  | Fax: (404) 881-7777 |

*Counsel for Plaintiffs Merial Limited and Merial SAS*