IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS ) ) ) ) Plaintiffs, ) ) v. ) ) CIPLA LIMITED, *et. al.* ) ) Defendants ) ) and ) ) VELCERA, INC. and FIDOPHARM, INC., ) ) Intervenors. ) ) | CIVIL ACTION FILE NO. 3:07-CV-00125-CDL |

### INTERVENORS VELCERA, INC.'S AND FIDOPHARM, INC.'S NOTICE OF INTENT TO FILE A REPLY IN SUPPORT OF THEIR EMERGENCY MOTION TO STAY DAMAGES PROCEEDINGS PENDING APPEAL OR IN THE ALTERNATIVE FOR AN EXTENSION OF THE DISCOVERY PERIOD

Intervenors Velcera, Inc. and FidoPharm, Inc. (collectively,"Velcera") hereby provide notice of their intent to file a reply to Plaintiffs Merial Limited's and Merial SAS's (collectively, "Merial") Response to Velcera's Emergency Motion to Stay Damages Proceedings Pending Appeal or in the Alternative for an Extension of the Discovery Period, filed November 28, 2011.  Velcera intends to file its reply no later than December 2, 2011.

Respectfully submitted this 1st day of December, 2011

/s/ Michael S. French
Michael S. French
Georgia Bar No. 276680
mfrench@wargofrench.com
Elizabeth C. Murphy
Georgia Bar No. 116275
emurphy@wargofrench.com
WARGO & FRENCH LLP
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia 30309
(404) 853-1500

**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**

William L. Tucker
Ga. Bar No.: 718050
James C. Clark, Jr.
Ga. Bar No.: 127145
Thomas F. Gristina
Ga. Bar No.: 452454
Kirsten C. Stevenson
Ga. Bar No.: 801101
1111 Bay Avenue, Third Floor
Columbus, Georgia 31901
(706) 324-0251

**COOLEY LLP**
Jonathan G. Graves (of counsel)
Va. Bar No.: 46136
Phillip E. Morton (of counsel)
Va. Bar No.: 71299
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

Tryn T. Stimart (of counsel)
DC Bar No.: 498475
777 6th Street NW, Suite 1100
Washington, DC 20001

Telephone: (202) 842-7800
Facsimile: (202) 842-7899

*Attorneys for Intervenors Velcera,
Inc. and FidoPharm, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS ) ) ) | |
| Plaintiffs, ) ) | |
| ) | CIVIL ACTION FILE |
| v. ) ) | NO. 3:07-CV-00125-CDL |
| CIPLA LIMITED, *et. al.* ) ) | |
| Defendants ) ) | |
| and ) ) | |
| VELCERA, INC. and FIDOPHARM, INC., ) ) | |
| Intervenors. ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2011, I electronically filed the foregoing **INTERVENORS VELCERA, INC.'S AND FIDOPHARM, INC.'S NOTICE OF INTENT TO FILE A REPLY IN SUPPORT OF THEIR EMERGENCY MOTION TO STAY DAMAGES PROCEEDINGS PENDING APPEAL OR IN THE ALTERNATIVE FOR AN EXTENSION OF THE DISCOVERY PERIOD.** I also certify that the foregoing document is being served on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF:

Edward D. Tolley
Cook, Noell, Tolley, Bates & Michael, LLP
304 East Washington Street
P.O. Box 1927
Athens, GA  30603-1927

J. Patrick Elsevier
Jones Day
12265 El Camino Real
Suite 200
San Diego, CA 92130-4096

Neal J. Callahan
Waldrep, Mullin & Callahan LLC
P.O. Box 351
105 13th Street, Suite B
Columbus, GA 31902

Paul W. Garrity
Mark E. McGrath
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112

Judy Jarecki-Black
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096-4640

Frank G. Smith, III
John W. Cox
Matthew W. Howell
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Nagendra Setty
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

/s/ Michael S. French
Michael S. French, Esq.
Georgia Bar No. 276680
mfrench@wargofrench.com
WARGO & FRENCH LLP
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia  30309
(404) 853-1500

*Attorneys for Intervenors Velcera, Inc.
and FidoPharm, Inc.*