UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS<br><br>    Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*,<br><br>    Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>    Intervenors. | CASE NO. 3:07-cv-125-CDL |

**ORDER**

Plaintiffs Merial Limited and Merial SAS (collectively "Merial") have moved this Court, ursuant to Section IV(D) of the Court's Administrative Procedures for Filing, Signing and Verifying Documents by Electronic Means (the "Filing Rules") for leave to file the following documents under seal:

• Merial Limited and Merial SAS's Memorandum in Support of Their Motion to Compel Production of Documents from Velcera, Inc. and FidoPharm, Inc.; and

• Exhibits 2, 4-8, and 10-13 to the Declaration in Support of Merial Limited and Merial SAS' Motion to

Compel Production of Documents from Velcera, Inc. and FidoPharm, Inc.

Having read and considered Merial's motion, Merial's motion is hereby GRANTED.

IT IS SO ORDERED, this 1st day of December, 2011.

                                          s/Clay D. Land
                                          CLAY D. LAND
                                          UNITED STATES DISTRICT JUDGE