# COOK NOELL TOLLEY & BATES LLP

**Attorneys at Law**
J. Vincent Cook
John S. Noell, Jr.
Edward D. Tolley
Robert B. Bates
R. Christopher Irwin, III
Ronald E. Houser
Jay W. Cook
Kevin G. Sweat
Devin Hartness Smith

Mailing address:
P.O. Box 1927
Athens, Georgia 30603-1927

Street address:
304 E. Washington St.
Athens, Georgia 30601-2751

v. (706) 549-6111
   (404) 688-2183
f. (706) 548-0956

info@CNTBLaw.com
www.CNTBLaw.com

December 5, 2011

VIA HAND DELIVERY

Ms. Gail Sellers
Deputy Clerk of Court
U.S. District Court
for the Middle District of Georgia
U.S. Post Office and Courthouse
115 E. Hancock Avenue
Athens, Georgia 30601

Re:   *BASF Agro B.V. v. Cipla Limited,* No. 3:07-cv-125-CDL

Dear Ms. Sellers:

     Per Local Rule 6.2, Plaintiffs Merial Limited and Merial SAS request a seven day (7) day extension of time to file its response to Intervenors Velcera, Inc. and FidoPharm, Inc.'s Motion to Compel Interrogatory Responses and Production of Documents (Document No. 121).

Sincerely,

Edward D. Tolley

cc:   Neal J. Callahan, Esq.
      Nagendra Setty, Esq.
      Mark E. McGrath, Esq.
      Paul Garrity, Esq.
      William L. Tucker, Esq.
      Michael S. French, Esq.
      Tryn Stimart, Esq.
      Jon G. Graves, Esq.