UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*,<br><br>　　　　Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>　　　　Intervenors. | Case No. 3:07-cv-00125-CDL |

## ORDER

Plaintiffs Merial Limited and Merial SAS (collectively "Merial") have moved this Court, pursuant to Section IV(D) of the Court's Administrative Procedures for Filing, Signing and Verifying Documents by Electronic Means (the "Filing Rules") for leave to file the following documents under seal:

- Merial Limited and Merial SAS's Opposition to Velcera, Inc. and FidoPharm, Inc.'s Motion for a Protective Order; and

- Exhibits 1-2, 4-6 and 19 to the Declaration in Support of Merial Limited and Merial SAS's Opposition to Velcera, Inc. and FidoPharm, Inc.'s Motion for a Protective Order.

Having read and considered Merial's motion, Merial's motion is hereby GRANTED.

IT IS SO ORDERED, this 16th day of December, 2011.

                                      s/Clay D. Land
                                      CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE