

# Page Scrantom Sprouse Tucker Ford
ATTORNEYS & COUNSELLORS AT LAW

A Professional Corporation

ALSO ADMITTED IN VIRGINIA
AND THE DISTRICT OF COLUMBIA

THOMAS F. GRISTINA
DIRECT (706) 243-5616
FAX (706) 596-9992
EMAIL tfg@psstf.com

December 19, 2011

**BY CM/ECF**

Ms. Gail Sellers
Deputy Clerk of Court
United States District Court
For The Middle District Of Georgia
U.S. Post Office and Courthouse
115 E. Hancock Avenue
Athens, Georgia 30601

   Re: *BASF Agro B.V. v. Cipla Limited, Case No. 3:07-cv-125-CDL*

Dear Ms. Sellers:

  Pursuant to Local Rule 6.2, Intervenors Velcera, Inc. and FidoPharm, Inc. respectfully request a six (6) day extension of time to file their response to Plaintiffs Merial Limited and Merial SAS's Motion to Compel Production of Documents from Velcera, Inc. and FidoPharm, Inc. (Doc. No. 127). The date of filing would be Dec. 27, 2011.

  Your assistance is much appreciated.

           Sincerely,

           PAGE, SCRANTOM, SPROUSE,
           TUCKER & FORD, P.C.

           By:_____
             Thomas F. Gristina

cc (via CM/ECF):
  Counsel of Record

*Since 1904*

Synovus Centre | 1111 Bay Avenue, Third Floor | Columbus, Georgia 31901 | P.O. Box 1199 | Columbus, Georgia 31902
706.324.0251 Telephone | 706.323.7519 Fax | www.columbusgalaw.com