IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA



## MINUTE SHEET re: MOTION HEARING ( UNCONTESTED/NON-EVIDENTIARY)

Date:   12/19/2011                          Court Time for MJSTAR:/JS10:  2 hours

Judge:  CLAY D. LAND                        Court Reporter:  Betsy Peterson

Courtroom Deputy:  Elizabeth S. Long        Interpreter:  N/A

Case Number:  3:07-cv-125-CDL

Merial Limited and Merial SAS               AUSA  Edward Tolley, Frank Smith, Patrick
                                            Elsevier, and Judy Jarecki Black,

v.

CIPLA Limited et al.

                                            Counsel:  Mark McGrath and Neal Callahan for
                                            CIPLA
                                            Thomas Gristina, Michael French, Jonathan
                                            Graves, Tryn Stimart, and Elizabeth Murphy for
                                            Velcera, Inc. and FidoPharm, Inc.

Agents:/Experts in Attendance:   N/A

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE   OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

The case called and participants identified

The Court addressed the parties regarding the pending Motion to Stay [123]

Response from Mr. Graves on behalf of Velcera

Response from Mr. Smith on behalf of Merial – plaintiffs asked that a bond be imposed (denied)

After much discussion regarding specific documents requested by parties and the anticipated length of time it will take the Federal Circuit to rule on the pending appeal, the Court determined that a 120 day stay is appropriate.

Motion [123] GRANTED – the Court hereby Orders a STAY of this case until May 11, 2012, or until the final ruling on appeal (whichever is sooner).  If the appeal is resolved sooner than May 11th, parties should contact the court so a status conference can be held scheduled.

There are to be no EXTENSIONS given regarding the Motion for Clarification briefing schedule (docs 148 and 149).  Reserved ruling on the motions to compel pending outcome of appeal.