UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*, Defendants, and VELCERA, INC. and FIDOPHARM, INC.,<br><br>Intervenors. | Case No. 3:07-cv-00125-CDL |

### ORDER

Plaintiffs Merial Limited and Merial SAS (collectively "Merial") have moved this Court, pursuant to Section IV(D) of the Court's Administrative Procedures for Filing, Signing and Verifying Documents by Electronic Means (the "Filing Rules") for leave to file the following documents under seal:

- Plaintiffs Merial Limited and Merial SAS's Brief in Response to Velcera and FidoPharm's Motion for Clarification of the June 21, 2011 Permanent Injunction; and

- Exhibits 2-5, 8-10 and 12-13 to the Declaration in Support of Plaintiffs Merial Limited and Merial SAS's Brief in Response to Velcera and FidoPharm's Motion for Clarification of the June 21, 2011 Permanent Injunction.

Having read and considered Merial's motion, Merial's motion is hereby GRANTED.

IT IS SO ORDERED, this 23rd day of January, 2012 .

                                              s/Clay D. Land
                                              CLAY D. LAND
                                              UNITED STATES DISTRICT JUDGE