## LIST OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit 2 | Excerpts of the transcript of the May 17, 2011 Hearing |
| Exhibit 3 | Letter correspondence from Jonathan Graves to Frank Smith, dated January 18, 2012 |