```
              UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                     ATHENS DIVISION


BASF AGRO B.V., MERIAL LIMITED    *
and MERIAL SAS
                                  *
        Plaintiffs,
                                  *
v.                                       Case No. 3:07-CV-125-CDL
                                  *
CIPLA LIMITED, et al.
                                  *
        Defendants.
                                  *
VELCERA, INC. and FIDOPHARM,
INC.,                             *

        Intervenors               *
```

## O R D E R

This action is before the Court on Intervenors Velcera, Inc. and FidoPharm, Inc. (collectively "Fidopharm") Motion for Leave to File Reply in Support of Motion for Clarification of the June 21, 2011 Permanent Injunction and supporting supplemental declaration under seal.

For good cause shown, Fidopharm's Motion for Leave to File Reply in Support of Motion for Clarification of the June 21, 2011 Permanent Injunction and supporting supplemental declaration under seal is hereby GRANTED.

IT IS HEREBY ORDERED that the Clerk's Office shall accept the following documents for filing under seal:

1. Intervenors Velcera, Inc. and Fidopharm, Inc.'s Reply in Support of Motion for Clarification of the June 21, 2011 Permanent Injunction;

2. Supplemental Declaration of Dr. David M. Petrick in Support of Intervenors' Motion for Clarification.

SO ORDERED, this 7th day of February, 2012.

                                            s/Clay D. Land
                                            CLAY D. LAND
                                            UNITED STATES DISTRICT JUDGE