UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS<br><br>    Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*,<br><br>    Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>    Intervenors. | Civil Case No. 3:07-cv-00125-CDL |

**PLAINTIFFS MERIAL LIMITED AND MERIAL SAS'S NOTICE OF INTENT TO FILE RESPONSE TO INTERVENORS VELCERA, INC. AND FIDOPHARM, INC.'S MOTION TO TREAT PENDING MOTION FOR CLARIFICATION OF THE JUNE 21, 2011 PERMANENT INJUNCTION AS AN EMERGENCY MOTION**

Plaintiffs Merial Limited and Merial SAS (collectively, "Merial") hereby provide notice of their intent to file a response to Intervenors Velcera, Inc. and FidoPharm, Inc.'s (collectively, "Velcera's") Motion to Treat Pending Motion for Clarification of the June 21, 2011 Permanent Injunction as an Emergency Motion. Merial intends to file its response no later than tomorrow, March 20, 2012.

Respectfully submitted this 19th day of March, 2012.

/s/ *Matthew W. Howell*

| | |
|---|---|
| Judy Jarecki-Black, Ph.D., Esq.<br>(judy.jarecki@merial.com)<br>Georgia Bar No. 801698<br>MERIAL LIMITED<br>3239 Satellite Blvd.<br>Duluth, Georgia 30096-4640<br>Tel.: (678) 638-3805<br>Fax: (678) 638-3350<br><br>J. Patrick Elsevier, Ph. D., Esq.<br>(jpelsevier@jonesday.com)<br>Georgia Bar No. 246694<br>JONES DAY<br>12265 El Camino Real<br>Suite 200<br>San Diego, California 92130-4096<br>Tel.: (858) 314-1200<br>Fax.: (858) 314-1150 | Edward D. Tolley, Esq.<br>(etolley@mindspring.com)<br>Georgia Bar No. 714300<br>COOK NOELL TOLLEY & BATES LLP<br>304 East Washington Street<br>P.O. Box 1927<br>Athens, GA 30603-1927<br>Tel.: (706) 549-6111<br>Fax: (706) 548-0956<br><br>Frank G. Smith, III, Esq.<br>(frank.smith@alston.com)<br>Georgia Bar No. 657550<br>John W. Cox, Ph.D., Esq.<br>(john.cox@alston.com)<br>Georgia Bar No. 134059<br>Matthew W. Howell, Esq.<br>(matthew.howell@alston.com)<br>Georgia Bar No. 607080<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Tel.: (404) 881-7000<br>Fax: (404) 881-7777 |

*Counsel for Plaintiffs Merial Limited and Merial SAS*

- 3 -

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*,<br><br>Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>Intervenors. | Civil Case No. 3:07-cv-00125-CDL |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2012, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will provide notification of this filing to all attorneys of record.

Dated: March 19, 2012

*s/ Matthew W. Howell*
Matthew W. Howell, Esq.
(matthew.howell@alston.com)
Georgia Bar No. 607080
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Plaintiffs*
*Merial Limited and Merial SAS*