UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*<br><br>Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>Intervenors. | Case No. 3:07-CV-00125-CDL |

## NOTICE OF INTENT TO RESPOND TO EMERGENCY MOTION

COME NOW Intervenors Velcera, Inc. and Fidopharm, Inc. (collectively "Velcera"), and hereby respectfully wish to advise the Court of their intent to promptly respond to and oppose the April 20, 2012, Emergency Motion for (i) a Temporary Restraining Order pending resolution of their Motion For Contempt; and (ii) for Status Conference; and (iii) for an Order to Show Cause why Velcera, Inc. and FidoPharm, Inc. should not be found in contempt [Doc. No. 176] filed by Plaintiffs Merial Limited and Merial S.A.S. (collectively "Merial"). Velcera intends to file its response to the motions for a temporary restraining order and for a status conference no later than Monday, April 30, 2012. In the event the Court grants the motion for scheduling conference and discovery, Velcera intends to respond to the motion to show cause at an appropriate time after any ordered discovery.

-1-

Respectfully submitted this 24th day of April, 2012.

/s/ *James C. Clark*
**PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.**
William L. Tucker
Ga. Bar No.: 718050
James C. Clark, Jr.
Ga. Bar No.: 127145
Thomas F. Gristina
Ga. Bar No.: 452454
Kirsten C. Stevenson
Ga. Bar No.: 801101
1111 Bay Avenue, Third Floor
Columbus, Georgia 31901
(706) 324-0251

**COOLEY LLP**
Jonathan G. Graves (of counsel)
Va. Bar No.: 46136
Phillip E. Morton (of counsel)
Va. Bar No.: 71299
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190
(703) 456-8000

Tryn T. Stimart (of counsel)
DC Bar No.: 498475
777 6th Street NW, Suite 1100
Washington, DC 20001
(202) 842-7800

**WARGO & FRENCH LLP**
Michael S. French, Esq.
Georgia Bar No. 276680
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia 30309
(404) 853-1500

*Attorneys for Intervenors Velcera, Inc. and FidoPharm, Inc.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>　　　Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*<br><br>　　　Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>　　　Intervenors. | Case No. 3:07-CV-00125-CDL |

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2012, the foregoing INTERVENORS VELCERA, INC. AND FIDOPHARM, INC.'S NOTICE OF INTENT TO RESPOND TO EMERGENCY MOTION was filed electronically with the Clerk of Court using the CM/ECF system, which will provide notification of this filing to all attorneys of record.

　　　　　　　　　　　　　　　　　　　　/s/ *James C. Clark*
　　　　　　　　　　　　　　　　　　　　James C. Clark, Esq.
　　　　　　　　　　　　　　　　　　　　jcc@psstf.com
　　　　　　　　　　　　　　　　　　　　Ga. Bar No.: 127145
　　　　　　　　　　　　　　　　　　　　1111 Bay Avenue, Third Floor
　　　　　　　　　　　　　　　　　　　　Columbus, Georgia 31901
　　　　　　　　　　　　　　　　　　　　(706) 324-0251

　　　　　　　　　　　　　　　　　　　　*Attorney for Intervenors Velcera, Inc. and FidoPharm, Inc.*