IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*,<br><br>Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>Intervenors. | Case No. 3:07-cv-125-CDL |

**ORDER**

Plaintiffs Merial Limited and Merial SAS (collectively "Merial") have moved this Court, pursuant to Section IV(D) of the Court's Administrative Procedures for Filing, Signing and Verifying Documents by Electronic Means (the "Filing Rules") for leave to file the following documents under seal:

Plaintiffs Merial Limited and Merial SAS's Motion for Hearing;

Exhibits B and C to Plaintiffs Merial Limited and Merial SAS's Motion for Hearing.

Having read and considered Merial's motion, Merial's motion is hereby GRANTED.

IT IS SO ORDERED, this 27th day of April, 2012.

/s/Clay D. Land
UNITED STATES DISTRICT JUDGE