

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT COLUMBUS, GEORGIA**

## MINUTE SHEET OF COURT PROCEEDINGS (UNCONTESTED/NON-EVIDENTIARY)

Date: 05/01/2012                                              Type of Hearing: Motions

Judge: CLAY D. LAND                                   Court Reporter: Betsy Peterson

Courtroom Deputy: Pamela G. Sweeden        Interpreter:

<u>Case Number:</u>   3:07-CV-125- (CDL)

MERIAL, et al.                                                Counsel: Edward D. Tolley; Patrick Elesvier; Judy Black

vs.

VELCERA, et al.                                             Counsel: George Lombardi Manya Deehr; Marueen Rurka; Michael French, et al.

Agents/experts in attendance:

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR:*   30 minutes

3:00 PM    Court convened with a telephone conference for a status conference hearing. The Court heard from counsel for Merial, Patrick Elesvier, and for Velcera, George Lombardi regarding various filings and scheduling. The Court scheduled a hearing on certain legal issues for Friday, May 4, at 8:00 AM in Columbus. The Court granted the oral motion that the transcript of the telephone conference be sealed until a redacted version could be filed.

3:30 PM    Adjourned.