UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS<br><br>    Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al*.,<br><br>    Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>    Intervenors. | Civil Case No. 3:07-cv-00125-CDL |

### DECLARATION OF MAUREEN L. RURKA

I, Maureen L. Rurka, state as follows:

1. I am an attorney with the law firm of Winston & Strawn LLP, counsel for Intervenors Velcera, Inc. and FidoPharm, Inc. I have personal knowledge of the following facts and, if called to testify, I could and would testify competently thereto:

2. Attached as Exhibit 1 is an excerpt from a true and correct copy of a transcript of the May 1, 2012 telephonic status conference hearing before Judge Clay D. Land.

3. Attached as Exhibit 2 is a true and correct copy of Plaintiff Merial Limited's and Merial SAS's Reply Memorandum in Support of Their Motion to Show Cause, which Merial filed on May 16, 2011.

4. Attached as Exhibit 3 is an excerpt from a true and correct copy of a transcript of the May 16, 2011 motion hearing before Judge Land.

5. Attached as Exhibit 4 is an excerpt from a true and correct copy of transcript of

2

the June 8, 2011 closing arguments before Judge Land.

6. Attached as Exhibit 5 is a true and correct copy of Velcera's Motion to Intervene, which Velcera filed on April 8, 2011.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Chicago, IL this 3rd day of May, 2012.

_____
Maureen L. Rurka