*UNITED STATES DISTRICT COURT*
*FOR THE MIDDLE DISTRICT OF GEORGIA*
*ATHENS DIVISION*
*AT COLUMBUS, GEORGIA*

**MINUTE SHEET OF COURT PROCEEDINGS (UNCONTESTED/NON-EVIDENTIARY)**

| Date: 5/4/2012 | Type of Hearing: Motion Hearing<br>Motion to Compel & Motion for Restraining Order |
|---|---|
| Judge: CLAY D. LAND | Court Reporter: Betsy Peterson |
| Courtroom Deputy: Pamela G. Sweeden | Interpreter: |

*Case Number:*   3:07-CV-125- (CDL)

| BASG AGRO, et al. | Counsel: Edward D. Tolley, Patrick Elesvier; Judy Jarecki Black |
|---|---|
| vs. | |
| CIPLA Limited | Counsel: Neal Callahan |
| VELCERA, INC., et al. | Counsel: George Lombardi; Jim Clark; Michael French; Manya Deehr; Maureen Rurka; Cline; Thomas Gristina |

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR:     2 hrs. and 20 mins.*

| | |
|---|---|
| 8:00 AM | Court convened and case was called.  The Court reminded the parties of the focus of the hearing and then recognized the participants.  The Court then called on George Lombardi for Velcera. |
| 8:10 AM | George Lombardi argued on behalf of Velcera. |
| 9:17 AM | Edward Tolley opened the argument for Merial and then Patrick Elsevier took over. |
| 9:29 AM | The Court called on Mr. Lombardi for rebuttal. |

| | |
|---|---|
| 9:47 AM | The Court recognized Mr. Elsevier for rebuttal. |
| 9:49 AM | Mr. Lombardi argued. |
| 9:52 AM | Mr. Elsevier argued. |
| 9:55 AM | The Court advised the parties that a written order would be forthcoming and conferred with the parties as to dates for an evidentiary hearing.  After much argument it was determined that the evidentiary hearing would be set for Monday and Tuesday, May 21 and 22, 2012 in Columbus.  The Court also extended the stay set to expire on May 11 to remain in force until May 21. |
| 10:20 AM | Adjourned. |