UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>　　　Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, PETMEDS R US, GENERIC PETMEDS, PETCARE PHARMACY, ARCHIPELAGO SUPPLIERS, ARROWTARGET ENTERPRISES, LTD., IN HOUSE DRUGSTORE, and LISA PERKO<br><br>　　　Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>　　　Intervenors. | Case No. 3:07-CV-00125-CDL |

## NOTICE OF APPEARANCE

Michael Wolak, III of the law firm of Wargo & French LLP, 999 Peachtree Street, NE, 26th Floor, Atlanta, Georgia 30309, hereby notifies the Clerk of Court and the parties in this matter of his appearance on behalf of Intervenors Velcera, Inc. and FidoPharm, Inc. in the above-referenced case.

Respectfully submitted this 7th day of May 2012.

　　　　　　　　　　　　　　　　　　　　　　Wargo & French LLP

　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael Wolak
　　　　　　　　　　　　　　　　　　　　　　Joseph D. Wargo
　　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 738764

Michael Wolak, III
Georgia Bar No. 773197
999 Peachtree Street, N.E.,
26th Floor
Atlanta, Georgia 30309
(404) 853-1500
(404) 853-1501 (facsimile)
mwolak@wargofrench.com

*Counsel for Intervenors
Velcera, Inc. and Fidopharm, Inc.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, PETMEDS R US, GENERIC PETMEDS, PETCARE PHARMACY, ARCHIPELAGO SUPPLIERS, ARROWTARGET ENTERPRISES, LTD., IN HOUSE DRUGSTORE, and LISA PERKO<br><br>Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>Intervenors. | Case No. 3:07-CV-00125-CDL |

## CERTIFICATE OF SERVICE

I hereby certify this 7th day of May, 2012, the foregoing **NOTICE OF APPEARANCE** filed in the United States District Court for the Middle District of Georgia is served on all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of the electronic filing as follows:

Edward D. Tolley
Cook, Noell, Tolley, Bates & Michael, LLP
304 East Washington Street
P.O. Box 1927
Athens, GA 30603-1927

J. Patrick Elsevier
Jones Day
12265 El Camino Real
Suite 200
San Diego, CA 92130-4096

Judy Jarecki-Black
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096-4640

Nagendra Setty (of counsel)
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

Neal J. Callahan  
Waldrep, Mullin & Callahan LLC  
P.O. Box 351  
105 13th Street, Suite B  
Columbus, GA 31902  

Frank G. Smith, III  
John W. Cox  
Matthew W. Howell  
Alston & Bird LLP  
One Atlantic Center  
1201 West Peachtree Street  
Atlanta, GA 30309-3424  

Paul W. Garrity  
Mark E. McGrath  
Sheppard Mullin Richter & Hampton LLP  
30 Rockefeller Plaza  
New York, NY 10112  

This 7th day of May 2012.

/s/ Michael Wolak  
Michael Wolak, III  

*Attorney for Intervenors Velcera, Inc. and FidoPharm, Inc.*