

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT COLUMBUS, GEORGIA**

## MINUTE SHEET OF COURT PROCEEDINGS (CONTESTED/EVIDENCE ENTERED)

Date: 5/22/2012                                       Type of Hearing: Evidentiary Hearing

Judge: CLAY D. LAND                                   Court Reporter: Betsy Peterson

Courtroom Deputy: Pamela G. Sweeden                   Interpreter: n/a

<u>**Case Number:**</u>  3:07-CV-125- (CDL)

| | |
|---|---|
| Merial, et al | Counsel: Edward D. Tolley, Frank Smith, Patrick Elesvier; Judy Black |
| vs. | |
| Velcera, et al. | Counsel: George Lombardi, Chuck Klein, Maureen Rurka, Michael French |

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

***Court time for JS10/MJSTAR:***   6 hrs 15 mins

| | |
|---|---|
| 9:00 AM | Court reconvened from hearing that began 5/21/2012. Mr. George Lombardi continued to conduct cross-examination of Edwin Tinsworth. |
| 10:35 AM | Break |
| 10:50 AM | Court reconvened with George Lombardi conducting cross-examination of Edwin Tinsworth. |
| 11:42 AM | Redirect of Mr. Tinsworth by Mr. Elsevier. |
| 11:55 AM | Break until 3:00 PM. |
| 3:10 PM. | Reconvened. Mr. Elsevier continued redirect examination of Mr. Tinsworth. |

|          |                                                                                                                                                                                                                                                 |
|----------|---|
|          | Plaintiffs' tendered Exhibits P-277, P-278, and P-279, along with Intervenor's Exhibit 88, also known as IX-88; all admitted. |
| 3:38 PM  | Re-cross of Mr. Tinsworth by Mr. Lombardi. |
| 3:54 PM  | Mr. Frank Smith called Dr. Keith Ugone. Sworn in. Tendered as expert in specific areas. Plaintiffs tendered Exhibits P-70, P-68 and _____; admitted. Plaintiffs tendered Exhibits P-298, P-297, P-210, P-242; admitted. |
| 4:40 PM  | Cross-examination of Dr. Ugone by Michael French. Intervenor tendered IX-231 and IX-230; admitted. |
| 5:20 PM  | Break |
| 5:35 PM  | Frank Smith called Dr. David Petrick as an adverse witness. Plaintiffs tendered P-429; admitted. |
| 6:45 PM  | Court adjourned for the day. |