# Exhibit A

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS<br><br>    Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*,<br><br>    Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>    Intervenors. | Civil Case No. 3:07-cv-00125-CDL |

## [PROPOSED] ORDER

Based upon the evidence presented in this matter on May 16-17, 2011 and May 21-23, 2012, as well as the arguments of counsel and the briefing and proposed Findings of Fact and Conclusions of Law submitted by the parties, the Court herewith orders the following injunctive relief:

From the date of this Order until the expiration of the '329 Patent, Velcera and FidoPharm, as well as those acting in concert with either of them and who have knowledge of this Order, are enjoined from making, using, selling, offering for sale, or importing into the United States the EPA registered products (i) LC-2010-3 Fipronil and S-Methoprene for Cats(a/k/a PetArmor Plus, TrustGard Plus, Velcera Fipronil Plus, and Fipronil and S-Methoprene for Cats), or (ii) LC-2010-4 Fipronil and S-Methoprene for Dogs (a/k/a PetArmor Plus, TrustGard Plus, Velcera Fipronil Plus, and Fipronil and S-Methoprene for Dogs) or any other spot-on veterinary products that have as their active ingredients fipronil in a concentration of

about 9.8% and methoprene in a concentration of about 8.8% (for dogs) or in a concentration of about 11.8% (for cats), and that comprise one or more of the following inert ingredients: ethanol (at a concentration of about 10% or less), Diethylene Glycol Monoethyl Ether (a/k/a DGME or Trancutol P), Nikkol HCO-60 (a/ka hydrogenated castor oil), polyethylene glycol 1000 (a/k/a PEG 1000), butylhydroxyanisole, or butylhydroxytoluene.

If Velcera or Fidopharm, or anyone acting in concert with either of them and who have knowledge of this Order, attempt to register with the U.S. Environmental Protection Agency (EPA) any spot-on veterinary products that have as their active ingredients fipronil in a concentration of about 9.8% and methoprene in a concentration of about 8.8% (for dogs) or in a concentration of about 11.8% (for cats), they shall at the same time they submit any Confidential Statement of Formula for any such products to the EPA file with this Court and provide to Merial a copy of the Confidential Statement of Formula to verify that such products comply with the terms of this Order.

This relief is in addition to, and not in lieu of, any additional relief the Court has or may in the future order.

IT IS SO ORDERED, this ___ day of _____, 2012

                                                                                                                                        CLAY D. LAND  
                                                                                                                                        UNITED STATES DISTRICT JUDGE