**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS<br><br>    Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*,<br><br>    Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>    Intervenors. | Civil Case No. 3:07-cv-00125-CDL |

**PLAINTIFFS' AND INTERVENORS'**
**STIPULATION AS TO THE ADMISSIBILITY OF EXHIBITS**

Plaintiffs Merial Limited and Merial SAS (collectively, "Merial") and Intervenors Velcera, Inc. and FidoPharm, Inc. (collectively, "Velcera") hereby stipulate that the following additional exhibits are admitted into evidence for purposes of the contempt hearing that took place May 21 to May 23, 2012:

- PX 2
- PX 3
- PX 33
- PX 34
- PX 49
- PX 97
- PX 143

- PX 144
- PX 145
- PX 156
- PX 215
- PX 225
- PX 253
- PX 270
- PX 280
- PX 303
- PX 306
- PX 310
- PX 313
- PX 314
- PX 315
- PX 316
- PX 317
- PX 456
- PX 458
- PX 466
- PX 467
- PX 589
- PX 590
- PX 654

- PX 655
- IX 1
- IX 2
- IX 3
- IX 4
- IX 6
- IX 14
- IX 23
- IX 36
- IX 38
- IX 39
- IX 64
- IX 65
- IX 66
- IX 67
- IX 68
- IX 69
- IX 70
- IX 71
- IX 72
- IX 73
- IX 74
- IX 75

- IX 76
- IX 77
- IX 78
- IX 79
- IX 80
- IX 81
- IX 86
- IX 87
- IX 198
- IX 200
- IX 203
- IX 213
- IX 228
- IX 248
- IX 260

These exhibits will be submitted to the Court in Columbus, Georgia, via overnight courier on disk on May 29, 2012, as part of a new, consolidated electronic submittal of all admitted exhibits.

Dated: May 29, 2012

Respectfully Submitted,

_s/ Matthew W. Howell_____

| | |
|---|---|
| Judy Jarecki-Black, Ph.D., Esq. | Edward D. Tolley, Esq. |
| (judy.jarecki@merial.com) | (etolley@mindspring.com) |
| Georgia Bar No. 801698 | Georgia Bar No. 714300 |
| MERIAL LIMITED | COOK NOELL TOLLEY & BATES LLP |

3239 Satellite Blvd.
Duluth, Georgia 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

J. Patrick Elsevier, Ph. D., Esq.
(jpelsevier@jonesday.com)
Georgia Bar No. 246694
JONES DAY
12265 El Camino Real
Suite 200
San Diego, California 92130-4096
Tel.: (858) 314-1200
Fax.: (858) 314-1150

304 East Washington Street
P.O. Box 1927
Athens, GA 30603-1927
Tel.: (706) 549-6111
Fax: (706) 548-0956

Frank G. Smith, III, Esq.
(frank.smith@alston.com)
Georgia Bar No. 657550
John W. Cox, Ph.D., Esq.
(john.cox@alston.com)
Georgia Bar No. 134059
Matthew W. Howell, Esq.
(matthew.howell@alston.com)
Georgia Bar No. 607080
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Plaintiffs Merial Limited and Merial SAS*

Michael S. French
(mfrench@wargofrench.com)
Ga. Bar No. 276680
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia 30309
Tel.: (404) 853-1500

 _s/ James C. Clark, Jr._____
William L. Tucker
(wlt@psstf.com)
Ga. Bar No. 718050
James C. Clark, Jr.
(jcc@psstf.com)
Ga. Bar No. 127145
Thomas F. Gristina
(tfg@psstf.com)
Ga. Bar No. 452454
Kirsten C. Stevenson
(kcs@psstf.com)
Ga. Bar No. 801101
1111 Bay Avenue, Third Floor
Columbus, GA 319021
Tel: (706) 324-0251

5

                              George C. Lombardi (of counsel)
                              (glombardi@winston.com)
                              Maureen L. Rurka (of counsel)
                              (mrurka@winston.com)
                              Winston & Strawn LLP
                              35 West Wacker Drive
                              Chicago, IL  60601-9703
                              Tel.: (312) 558-5600

                              Charles B. Klein (of counsel)
                               (cklein@winston.com)
                              Winston & Strawn LLP
                              1700 K Street, N.W.
                              Washington, D.C. 20006-3817
                              Tel.: (202) 282-5977

*Counsel for Intervenors Velcera, Inc. and FidoPharm, Inc.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS,<br><br>    Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*,<br><br>    Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>    Intervenors. | Civil Case No. 3:07-cv-00125-CDL |

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2012, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will provide notification of this filing to all attorneys of record.

Dated:  May 29, 2012

*s/ Matthew W. Howell*
Matthew W. Howell, Esq.
(matthew.howell@alston.com)
Georgia Bar No. 607080
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Plaintiffs
Merial Limited and Merial SAS*