# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*,<br><br>Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>Intervenors. | Civil Case No. 3:07-cv-00125-CDL |

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2012, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will provide notification of this filing to all attorneys of record.

Dated: May 31, 2012

*s/ Matthew W. Howell*
Matthew W. Howell, Esq.
(matthew.howell@alston.com)
Georgia Bar No. 607080
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Plaintiffs*
*Merial Limited and Merial SAS*