UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

|  |  |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS<br><br>　　　Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*,<br><br>　　　Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>　　　Intervenors. | Civil Case No. 3:07-cv-00125-CDL |

**INTERVENORS' EXHIBITS TO PLAINTIFFS' AND INTERVENORS' STIPULATION AS TO THE ADMISSIBILITY OF EXHIBITS**

Intervenors Velcera, Inc. and FidoPharm, Inc. (collectively, "Velcera") hereby file the following stipulated exhibits pursuant to Plaintiffs' and Intervenors' Stipulation as to the Admissibility of Exhibits (D.I. 224):

- IX 1
- IX 2
- IX 3
- IX 4
- IX 6
- IX 14
- IX 23
- IX 78

- IX 198

- IX 200

- IX 203

- IX 213

- IX 248

Dated: May 31, 2012

Respectfully Submitted,

| | |
|---|---|
| Michael S. French | s/ John R. McNair |
| (mfrench@wargofrench.com) | William L. Tucker |
| Ga. Bar No. 276680 | (wlt@psstf.com) |
| 999 Peachtree Street, NE | Ga. Bar No. 718050 |
| 26th Floor | James C. Clark, Jr. |
| Atlanta, Georgia 30309 | (jcc@psstf.com) |
| Tel.: (404) 853-1500 | Ga. Bar No. 127145 |
| | Thomas F. Gristina |
| | (tfg@psstf.com) |
| | Ga. Bar No. 452454 |
| | Kirsten C. Stevenson |
| | (kcs@psstf.com) |
| | Ga. Bar No. 801101 |
| | 1111 Bay Avenue, Third Floor |
| | Columbus, GA 319021 |
| | Tel: (706) 324-0251 |

George C. Lombardi (of counsel)
(glombardi@winston.com)
Maureen L. Rurka (of counsel)
(mrurka@winston.com)
John R. McNair
(jmcnair@winston.com)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601-9703
Tel.: (312) 558-5600

Charles B. Klein (of counsel)
 (cklein@winston.com)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel.: (202) 282-5977

*Counsel for Intervenors Velcera, Inc. and FidoPharm, Inc.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OFGEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>　　　Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*<br><br>　　　Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>　　　Intervenors. | Case No. 3:07-CV-00125-CDL |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May, 2012, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will provide notification of this filing to all attorneys of record.

　　　　　　　　　　　　　　　　　　　　　*s/* John R. McNair
　　　　　　　　　　　　　　　　　　　　　John R. McNair, Esq.
　　　　　　　　　　　　　　　　　　　　　(jmcnair@winston.com)
　　　　　　　　　　　　　　　　　　　　　Winston & Strawn LLP
　　　　　　　　　　　　　　　　　　　　　35 West Wacker Drive
　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60601-9703
　　　　　　　　　　　　　　　　　　　　　Tel.: (312) 558-5600

　　　　　　　　　　　　　　　　　　　　　*Attorney for Intervenors Velcera, Inc. and FidoPharm, Inc.*