## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS<br><br>    Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*,<br><br>    Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>    Intervenors. | Civil Case No. 3:07-cv-00125-CDL |

### INTERVENORS' EXHIBITS TO PLAINTIFFS' AND INTERVENORS' STIPULATION AS TO THE ADMISSIBILITY OF EXHIBITS

Intervenors Velcera, Inc. and FidoPharm, Inc. (collectively, "Velcera") hereby file the following stipulated exhibits pursuant to Plaintiffs' and Intervenors' Stipulation as to the Admissibility of Exhibits (D.I. 224):

- IX 1
- IX 2
- IX 3
- IX 4
- IX 6
- IX 14
- IX 23
- IX 78

- IX 198

- IX 200

- IX 203

- IX 213

- IX 248

Dated: May 31, 2012

                                                   Respectfully Submitted,

| | |
|---|---|
| | _s/ John R. McNair_ |
| Michael S. French | William L. Tucker |
| (mfrench@wargofrench.com) | (wlt@psstf.com) |
| Ga. Bar No. 276680 | Ga. Bar No. 718050 |
| 999 Peachtree Street, NE | James C. Clark, Jr. |
| 26th Floor | (jcc@psstf.com) |
| Atlanta, Georgia 30309 | Ga. Bar No. 127145 |
| Tel.: (404) 853-1500 | Thomas F. Gristina |
| | (tfg@psstf.com) |
| | Ga. Bar No. 452454 |
| | Kirsten C. Stevenson |
| | (kcs@psstf.com) |
| | Ga. Bar No. 801101 |
| | 1111 Bay Avenue, Third Floor |
| | Columbus, GA 319021 |
| | Tel: (706) 324-0251 |

George C. Lombardi (of counsel)
(glombardi@winston.com)
Maureen L. Rurka (of counsel)
(mrurka@winston.com)
John R. McNair
(jmcnair@winston.com)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601-9703
Tel.: (312) 558-5600

Charles B. Klein (of counsel)
 (cklein@winston.com)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel.: (202) 282-5977

*Counsel for Intervenors Velcera, Inc. and FidoPharm, Inc.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OFGEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>    Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*<br><br>    Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>    Intervenors. | Case No. 3:07-CV-00125-CDL |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May, 2012, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will provide notification of this filing to all attorneys of record.

                                                                                                 *s/* John R. McNair
                                                                                                 John R. McNair, Esq.
                                                                                                 (jmcnair@winston.com)
                                                                                                 Winston & Strawn LLP
                                                                                                 35 West Wacker Drive
                                                                                                 Chicago, IL  60601-9703
                                                                                                 Tel.: (312) 558-5600

                                                                          *Attorney for Intervenors Velcera, Inc. and FidoPharm, Inc.*

4