**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED, and MERIAL SAS<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*,<br><br>Defendants, and<br><br>VELCERA, INC. and FIDOPHARM, INC.<br><br>Intervenors. | Civil Case No. 3:07-cv-00125-CDL |

**INTERVENORS' EXHIBITS TO PLAINTIFFS' AND INTERVENORS' STIPULATION AS TO THE ADMISSIBILITY OF EXHIBITS**

Intervenors Velcera, Inc. and FidoPharm, Inc. (collectively, "Velcera") hereby file the following stipulated exhibits pursuant to Plaintiffs' and Intervenors' Stipulation as to the Admissibility of Exhibits (D.I. 224):

- IX 1
- IX 2
- IX 3
- IX 4
- IX 6
- IX 14
- IX 23
- IX 78

- IX 198
- IX 200
- IX 203
- IX 213
- IX 248

Dated: May 31, 2012

Respectfully Submitted,

_s/ John R. McNair_______
William L. Tucker
(wlt@psstf.com)
Ga. Bar No. 718050
James C. Clark, Jr.
(jcc@psstf.com)
Ga. Bar No. 127145
Thomas F. Gristina
(tfg@psstf.com)
Ga. Bar No. 452454
Kirsten C. Stevenson
(kcs@psstf.com)
Ga. Bar No. 801101
1111 Bay Avenue, Third Floor
Columbus, GA 319021
Tel: (706) 324-0251

Michael S. French
(mfrench@wargofrench.com)
Ga. Bar No. 276680
999 Peachtree Street, NE
26th Floor
Atlanta, Georgia 30309
Tel.: (404) 853-1500

George C. Lombardi (of counsel)
(glombardi@winston.com)
Maureen L. Rurka (of counsel)
(mrurka@winston.com)
John R. McNair
(jmcnair@winston.com)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Tel.: (312) 558-5600

Charles B. Klein (of counsel)
(cklein@winston.com)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel.: (202) 282-5977

*Counsel for Intervenors Velcera, Inc. and FidoPharm, Inc.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OFGEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*<br><br>Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>Intervenors. | Case No. 3:07-CV-00125-CDL |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May, 2012, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will provide notification of this filing to all attorneys of record.

*s/* John R. McNair
John R. McNair, Esq.
(jmcnair@winston.com)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Tel.: (312) 558-5600

*Attorney for Intervenors Velcera, Inc. and FidoPharm, Inc.*